**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 12-01660 VAP (DTBx)                                   Date:  July 22, 2013

Title:     HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR -v- UNITED INDUSTRIAL AND SERVICE WORKERS OF AMERICA
=================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:     ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE (IN CHAMBERS)

   Plaintiff Hilda L. Solis filed her Complaint (Doc. No. 1) on October 1, 2012.  On May 28, 2013, the Clerk of Court entered a default against Defendant United Industrial and Service Workers of America (Doc. No. 21).  Plaintiff has not initiated activity in the case since May 21, 2013.

   Accordingly, the Court ORDERS Plaintiff to show cause, in writing, why this action should not be dismissed for failure to prosecute.  Plaintiff may respond to this Order by filing a motion for default judgment with the Court no later than 30 days after the issuance of this Order.  Failure to file a response will result in dismissal of Plaintiff's action against Defendant.

   **IT IS SO ORDERED.**

MINUTES FORM 11                                             Initials of Deputy Clerk ___md____
CIVIL -- GEN                                    Page 1

**EDCV 12-01660 VAP (DTBx)**
**HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR v. UNITED INDUSTRIAL AND SERVICE WORKERS OF AMERICA**
**MINUTE ORDER of July 22, 2013**