**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 12-01660 VAP (DTBx)                              Date:  July 22, 2013

Title:   HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR -v- UNITED INDUSTRIAL AND SERVICE WORKERS OF AMERICA
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

      Marva Dillard                                                                 None Present
      Courtroom Deputy                                                         Court Reporter

ATTORNEYS PRESENT FOR                               ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                         DEFENDANTS:

      None                                                                              None

PROCEEDINGS:        ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE (IN CHAMBERS)

    Plaintiff Hilda L. Solis filed her Complaint (Doc. No. 1) on October 1, 2012.  On May 28, 2013, the Clerk of Court entered a default against Defendant United Industrial and Service Workers of America (Doc. No. 21).  Plaintiff has not initiated activity in the case since May 21, 2013.

    Accordingly, the Court ORDERS Plaintiff to show cause, in writing, why this action should not be dismissed for failure to prosecute.  Plaintiff may respond to this Order by filing a motion for default judgment with the Court no later than 30 days after the issuance of this Order.  Failure to file a response will result in dismissal of Plaintiff's action against Defendant.

    **IT IS SO ORDERED.**

MINUTES FORM 11                                              Initials of Deputy Clerk ___md____
CIVIL -- GEN                                       Page 1

**EDCV 12-01660 VAP (DTBx)**
**HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR v. UNITED INDUSTRIAL AND SERVICE WORKERS OF AMERICA**
**MINUTE ORDER of July 22, 2013**